Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12307−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Larry L Davis Jr.
 1416 Walnut Avenue
 Voorhees, NJ 08043

Social Security No.:
 xxx−xx−1524

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/28/19.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 17-12307-ABA
Larry L Davis, Jr.                                         Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Aug 28, 2019
                              Form ID: 148             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db            +Larry L Davis, Jr.,   1416 Walnut Avenue,   Voorhees, NJ 08043-3657
516631610     +ACS Dept. of Education,   501 Bleecker St.,   Utica, NY 13501-2401
516631612      ASC,   PO Box 37297,   Baltimore, MD 21297-3297
516631614     +Citifinancial,   PO Box 1266,   Blackwood, NJ 08012-0966
516631615      Citifinancial,   PO Box 8115,   South Hackensack, NJ 07606-8115
516631616     +Emergency Phy Assic of SJ,   PO Box 740021,   Cincinnati, OH 45274-0021
517000728     +Lynn L. Davis,   1416 Walnut Avenue,   Voorhees, NJ 08043-3657
516631619     +Midland Funding LLC,   C/O Pressler & Pressler,   7 Entin Rd.,   Parsippany, NJ 07054-5020
516631620      RJM Acquisition Funding LLC,   575 Underhill blvd. Suite 224,   Syosset, NY 11791-3416
516631621     +Security Credit Services,   2623 W. Oxford Loop,   Oxford, MS 38655-5442
517947993     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
517947994     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:35     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516631611      EDI: AFNIRECOVERY.COM Aug 29 2019 03:13:00     AFNI, Inc.,   404 Brock Drive,   PO Box 3517,
                Bloomington, IL 61702-3517
516631613     +EDI: CAPITALONE.COM Aug 29 2019 03:13:00     Capital One,   PO Box 85147,
                Richmond, VA 23276-0001
516836257      EDI: WFFC.COM Aug 29 2019 03:13:00     HSBC Bank USA, National Association as Trustee..,
                c/o Wells Fargo Bank, N.A.,   Attn: Default Document Processing,   MAC# N9286-01Y,
                1000 Blue Gentian Road,   Eagan, MN 55121-7700
516631617     +EDI: IIC9.COM Aug 29 2019 03:13:00     IC Systems Inc.,   444 Highway 96 East,   PO Box 64887,
                St. Paul, MN 55164-0887
516631618      E-mail/Text: BKRMailOPS@weltman.com Aug 28 2019 23:48:08     Kay Jewelers,   PO Box 740425,
                Cincinnati, OH 45274-0425
516631622      EDI: WTRRNBANK.COM Aug 29 2019 03:13:00     TARGET NATIONAL BANK,   PO BOX 673,
                Minneapolis, MN 55440-0673
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516631623        Voorhees Board of Education
516631624       ##Zucker, Goldberg & Ackerman,   200 Sheffield Avenue, Suite 301,   PO Box 1024,
                  Mountainside, NJ 07092-0024
                                                                                 TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Aug 28, 2019
                               Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:

        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        John D. DiCiurcio    on behalf of Debtor Larry L Davis, Jr. diciurciowmpa@aol.com
        Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1 rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William M.E. Powers    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates ecf@powerskirn.com
        William M.E. Powers, III    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-HE1, Asset Backed Pass-Through Certificates ecf@powerskirn.com

        TOTAL: 8